ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2026-Apr-27  08:39:54
60CV-26-5290
C06D06 : 14 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

| | |
|---|---|
| **DERRANCE HARRIS** | **Case No.:** |
| **Plaintiff,** | **COMPLAINT** |
| **v.** | **JURY DEMAND** |
| **GOLDMAN FIANCIAL/ dba GoGoldman National Fidelity Fianacial Inc**<br>**First Premier Home Warranty Corp**<br>**US Health Group/Philadelphia American Life**<br>**Empire Auto Protect**<br>**Carchex/Cogency Global Inc** | |
| **Defendants.** | |

### PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. 227, ET SEQ. AND ARKANSAS DECEPTIVE TRADE PRACTICES ACT

Comes now the Plaintiff, Derrrance Harris, and for his Complaint for

Damages and Injunctive Relief against Defendant's, states:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Derrance Harrid, is and was at all relevant

times, a resident of Pulaski County, Arkansas.

2. Defendant, Goldman Fiancial,dba as a Go Goldman

Advisors hereafter), is a New York corporation with its company office in

New York NY, which advertises and transacts business in the state of

Arkansas, including Pulaski County.

**Goldman Fiancial, dba as Go Goldman**; may be served

through at; 40 Wall Street 28th Floor, New York , NY 10005 .USA;.

3. Defendant, **National Fidelity Fianacial Inc**

" hereafter), is a corporation with an office in Melbourn FL.; which advertises and transacts

business in the state of Arkansas, including Pulaski County; may be served through;

Michael Ainbinder at 930 S Harbor City Blvd Suite 401 Melbourne FL 32901

Defendant, **First Premier Home Warranty Corp,**

hereafter) is a NEW YORK corporation , with an office in New York; which

advertises and transacts bussiness in Arkansas.

Defendant, **US Health Group/Philadelphia American Life**, hereafter) is a  Texas  corporation , with an office in Texas; which

advertises and transacts bussiness in Arkansas; Defendant may be served

through The Shanon A Chambers at 300 Burneft Street, Suite 200 Forth

Worth TX 76102-273

Defendant **Empire Auto Protect**;  hereafter) is a  DE

corporation , with an office in Dover DE; which advertises and transacts

bussiness in Arkansas . Defendant can be served through A REGISTERED

AGENT, INC.

at 8 THE GREEN, STE A, Dover DE, 19901-3618, and 8 The GRN #11230

Dover, DE, 19901-3618.

Defendant **Carchex/Cogency Global Inc**, hereafter) is a

MD  corporation , with an office in Baltimore, MD ; which advertises and

transacts bussiness in Arkansas .. Defendant can be served through Gogency

Global Inc

at 118 Shawan Road, Suite 210 , Baltimore MD 21030

4. This Court has jurisdiction over this matter and the parties hereto pursuant

to Ark.Code Ann. § 16-4-101 and venue is proper pursuant to Ark. Code Ann. § 16-55-213.

5. This Court has jurisdiction over this matter and the parties hereto pursuant

to Ark. Code Ann. § 4-106-202(c)(1).

6. This Court has personal jurisdiction over the

Defendant's pursuant to Ark. Code Ann. § 4-106-202(b).

7. The TCPA specifically states that this Court shall have

jurisdiction over violations of 47 U.S.C. § 227(b), pursuant to 47 U. S. C.

§227(b)(3), (c)(5). Arkansas Law specifically grants jurisdiction over this

matter and Defendant's pursuant to A.C.A. § 4-88-113(d)(3) and A.C.A. § 4-106-202(b) as the Defendant is subject to liability under A.C.A. § 4-106-202

and A.C.A. § 4-88-113(f).

## BACKGROUND
### The Telephone Consumer Protection Act

8. In 1991, Congress enacted the TCPA to regulate the

explosive growth of the telemarketing industry. In so doing, Congress

recognized that "[u]nrestricted telemarketing... can be an intrusive invasion

of privacy[.]" Telephone Consumer Protection Act of 1991, Pub. L. No. 102-

243. §2(5)(1991)(47 U.S.C. § 227).

9. The National Do Not Call Registry allows consumers to register their telephone number and thereby indicate their desire not to receive telephone solicitations at those numbers. *See* 47 C.F.R. § 64.1200(c)(2). A listing on the Registry "must be honored indefinitely, or until the registration is cancelled by the consumer or the telephone number is removed by the database administrator." *Id.*

• The TCPA and implementing regulations prohibit the initiation of telephone solicitations to residential telephone subscribers to the Registry. 47 U.S.C. § 227; 47 C.F.R. § 64.1200(c)(2).

## Automated Telemarketing Calls are Prohibited by the TCPA

10. The TCPA makes it unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice… to any telephone number assigned to a… cellular telephone service." See 47 U.S.C. § 227(b)(1)(A)(iii). The TCPA provides a private cause of action to persons who receive calls in violation of 47 U.S.C. § 227(b)(1)(A). See 47 U.S.C. § 227(b)(3).

11. "Voluminous consumer complaints about abuses of telephone technology - for example, computerized calls dispatched to private homes - prompted Congress to pass the TCPA." *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 744 (2012).

12. In enacting the TCPA, Congress intended to give consumers a choice as to how creditors and telemarketers may call them and

made specific findings that "[t]echnologies that might allow consumers to avoid receiving such calls are not universally available, are costly, are unlikely to be enforced, or place an inordinate burden on the consumer. TCPA, Pub.L. No. 102- 243, § 11. Toward this end, Congress found that:

> "[b]anning such automated or prerecorded telephone calls to the home, except when the receiving party consents to receiving the call or when such calls are necessary in an emergency situation affecting the health and safety of the consumer, is the only effective means of protecting telephone consumers from this nuisance and privacy."

*Id*. at § 12; see also *Martin v. Leading Edge Recovery Solutions, LLC*, 2012 WL 3292838, at* 4 (N.D. Ill. Aug. 10, 2012) (citing Congressional findings on TCPA's purpose).

## FACTS AND ALLEGATIONS COMMON TO ALL COUNTS

13. Plaintiff is a resident of Pulaski County, Arkansas.

14. Plaintiff is the authorized user of and controls his personal cell phone number: (501) 658-****.

15. Defendant **GOLDMAN FIANCIAL/ dba GoGoldman** , offers services that offers loans and other services, defenant made (2) calls from 727-214-1402 on October 2, 2025 to my phone number 501-658-2062. and I sent Defenant Goldman a affiadvit of complaint for the violaiton on Janruary 12, 2026, as Seen in Exbhit 1 and Defendant failed to rebutt affidavit and was send Affidavit of Default as seen in Exhbit 2

16. Defendant , **National Fidelity Fianacial Inc** offers

various levels fiancial assitant,  and Dendant made (3)  calls  from

407-634-7690 to my phone 501-658-2063 on March 6, 2026, and

I sent defendant **National Fidelity Fianacial Inc** , affidavit of complaint

for violation certfied mail as seen in Exhbit _3_ , and Defendants fail to

respond

and I sent a notice of Default against Defendant as seen in Exhbit _4_ ,

Defendant **First Premier Home Warranty Corp** offer

various levels of warranties of cars. That Defendant made (5) calls from 1-

888-625-0154, 1-833-800-3733 on March 11, 2026, and from 501-361-

3969 on February 25, 2026 to my phone 501-658-\*\*\*\*. That  I sent

defenants an affidavit of complaint for violation certfied mail as seen in Exhbit

_5_ , and Defendants fail to respond and I sent a notice of Default against

Defendant as seen in Exhbit _4_ ,

Defendant, **US Health Group/Philadelphia American**

**Life**

offers various levels of health and bussiness insurence. That Defendants

made (1)

call from 501-642-0001 on October 20, 2025 to my phone 501-658-\*\*\*\*

as seen is Exhbit _7_

Defendant, **Empire Auto Protect** offers various levels

of car warranties for auto,. Defendant made (4) calls from 930-320-1150,

on December 31, 2024, 281-626-9379 on February 14, 2024, and 305-703-2063 on February 21, 2025,; and I sent an affidavit of complaint for violation certfied mail as seen in Exhbit 1 , and Defendants fail to respond

and are in Default for damages,

Defendant **Carchex/Cogency Global Inc,** offers various warrantis for car and other related services. Defendant made a call from 1(833)236-9505,on Octobr 16, 2025 to my phone 501-658****, and I sent an affidavit of complaint for violation certfied mail as seen in Exhbit 8 , and Defendants fail to respond and I sent a notice of Default against Defendant as seen in Exhbit 9 ,

17. Defendants, use, direct, or employ telemarketing to promote and market its/their products/services.

18. Defendants placed or caused to be placed automatically-dialed telemarketing calls to Plaintiff's personal cellular telephone number, (501) 658-****, some of which were placed using fraudulent, "spoofed" phone numbers.

19. That each and seprerately defendants places calls to my phone with out phone consent in wrighting.

20. The Callers usually identified themselves as being with other insurance psedonyms, among other pseudonyms.

21. These pseudonyms, along with fraudulent CIDs, venders, were used by Defendants' agents to avoid liability for illegal telemarketing.

22. The Callers attempted to gather information from Plaintiff which would qualify him for health insurance.

23. Plaintiff has never gave a written conscent, and has never opt in by phone be contacted by Defendants or anyone else prior to receiving defendantss telemarketing calls.

24. Each of the other calls contained one or more of the following items:

- The callers mentioned am I Looking for health insurance, car warrenties.

- The calls were placed from identical or substantially similar CIDs.

25. The callers did not seem to know Plaintiff's name or any of his personal information, indicating that the calls were placed using automated dialing equipment or software and that the calls were made at random.

26. That the Defendants do not send Plaintff as requsted a copy of their Do Not Call Policy, nor has done til this present of filing complaint herein.

27. Plaintiff has no business relationship with the Defendants and never requested, prompted, or consented to these calls and had no knowledge of the Defendants prior to the calls being placed. The calls were placed to Plaintiff's personal cellular phone for no legitimate purpose other than to solicit business for Defendants.

28. These calls (at least) were placed using automated dialing equipment as evidenced by generalized marketing calls which were placed at

random, prerecorded marketing messages and/or long, silent pauses after answering, and/or computerized "bloop" sounds, followed by the call being transferred to a salesperson.

29. At no time did Plaintiff give phone consent to be called by Defendan'st or its agents. Any perceived interest during these calls was a misinterpretation of Plaintiff's efforts to identify the caller(s).

30. Prior to, during and following these calls, Plaintiff did not do any business with Defendants, nor did he provide his cellular telephone number. Neither Defendants nor their agents had Plaintiff's prior express written consent to make these calls.

31. Plaintiff's personal cell phone number, (501) 658-****, has been registered with the National Do Not Call Registry since October 5, 2024; prior to the calls. see Exhbit 4

32. Plaintiff received these calls/ text (at least) on his private cellular telephone, as defined and set forth in 47 C.F.R. § 64.1200(a)(1)(iii). Plaintiff's telephone number is registered with Puretalk as a cellular telephone number and is used for personal, lawful purposes.
see Exhibit E

33. These telemarketing solicitations constitute "calls" under the TCPA that were not for emergency purposes.

34. Plaintiff suffered actual damages, including but not limited to invasion of privacy, depletion of cell phone battery, wasting of personal

time and cellular minutes/data, and preventing Plaintiff from using his personal telephone for lawful purposes.

35. Upon information and belief, Defendants placed or had control over the placement of each calls to the Plaintiff's cell phone. Defendants had substantial control over its agents, including which services were sold, how the services were sold, the price of the services, the call center scripts used to sell the services, the locations targeted, the phone numbers being called, marketing material being used, training of call center employees, payment of commissions, prerecorded messages, maintenance of call centers and call center equipment, among other decisions in the telemarketing process.

36. These calls were placed or caused to be placed by Defendants to an Arkansas resident, the Plaintiff, who was known by the Defendants or its agents to be an Arkansas resident. The calls described herein were aimed at Arkansas and its residents to advertise products and services to those residents.

37. Each of these calls or more calls were made by or on behalf of Defendants.

38. These telephone sales calls and/or "robocalls" violated 47 U.S.C. § 227(b)(1)(A), 47 U.S.C. § 227(c)(3)(F), 47 U.S.C. § 227(e), 47 CFR 64.1200(d)(1), 47 CFR 64.1200(d)(3), 47 CFR 64.1200(a)(1)(iii), 47 CFR 64.1200(a)(1), and 47 CFR 64.1200(c)(2).

39. Most, if not all, of these calls were made in violation of Ark. Code Ann. § 4-88- 107 (a)(11)(A) because Defendant employed a

"spoofed" phone number. The callers utilized Arkansas area codes or generated phone numbers and/or area codes in an attempt to fraudulently conceal the identity of the callers or to cause Plaintiff to answer the calls by deception in order to more effectively market their products.

40. These calls were placed as part of a telemarketing campaign directed and commissioned by Defendants. The purpose of this campaign was to generate business for Defendants. Upon information and belief, Defendants are contracted and agreed to pay a commission for each successfully signed client.

## CAUSES OF ACTION

### COUNT 1- Negligent Violation of the TCPA's "Robocall" Prohibition, 47 U.S.C. § 227 et seq.

41. Plaintiff incorporates the allegations from all previous paragraphs as if fully set forth herein.

### REQUEST FOR RELIEF

42. As a result of Defendants' and/or Defendants' agents' negligent violations of 47 U.S.C. § 227(b)(1)(A), Plaintiff seeks $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

43. Pursuant to 47 U.S.C. § 227(b)(3)(B), Plaintiff seeks injunctive relief prohibiting such conduct in the future.

### COUNT 2- Knowing or Willful Violation of the TCPA's "Robocall" Prohibition, 47

### U.S.C.§ 227 et seq.

44. Plaintiff incorporates the allegations from all previous paragraphs as if fully set forth herein.

45. As a result of Defendants' and/or Defendants' agents' knowing or willful violations of 47 U.S.C. § 227(b)(1)(A), Plaintiff seeks treble damages, as provided by statute, up to $1,500.00 for each and every violation, pursuant to 47 U.S.C. § 227(b)(3).

46. Pursuant to 47 U.S.C. § 227(b)(3)(B), Plaintiff seeks injunctive relief prohibiting such conduct in the future.

**COUNT 3- Negligent Violation of the TCPA's "Sales Call" Prohibition,**

**17.**

**U.S.C. § 227 et seq.**

47. Plaintiff incorporates the allegations from all previous paragraphs as if fully set forth herein.

48. As a result of Defendants' and/or Defendants' agents' negligent violations of 47 U.S.C. § 227(c)(3)(F) and 47 CFR 64.1200(c)(2), Plaintiff seeks $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(c)(3)(F).

49. Pursuant to 47 U.S.C. § 227(c)(5)(A), Plaintiff seeks injunctive relief prohibiting such conduct in the future.

**COUNT 4- Knowing and/or Willful Violation of the TCPA's "Sales Call"**

**Prohibition, 17. U.S.C. § 227 et seq.**

50. Plaintiff incorporates the allegations from all previous paragraphs as if fully set forth herein.

51. As a result of Defendants' and/or Defendants' agents' knowing and/or willful violations of 47 U.S.C. § 227(c)(3)(F) and 47 CFR 64.1200(c)(2), Plaintiff seeks treble damages, as provided by statute, up to $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(c)(3)(F).

52. Pursuant to 47 U.S.C. § 227(c)(5)(A), Plaintiff seeks injunctive relief prohibiting such conduct in the future.

## DAMAGES AND RELIEF SOUGHT

53. For awards of $500.00 for each negligent violation as set forth in counts 1-4;

54. For awards of $1,500.00 for each knowing and/or willful violation as set forth in counts 1-4.

- Total statutory damages: **$28,000.00** (five calls each consisting of: "sales call" and "RoboCall" violations, with treble damages for each.)

55. Plaintiff relied on Defendants' use of "spoofed" numbers when he answered the above- described calls and subsequently suffered actual financial losses. Pursuant to 4-88-113(f)(1)(A) and 4-88-113(f)(3), Plaintiff is entitled to the recovery of damages and reasonable attorney's fees should he retain an attorney.

56. Injunctive relief, as set forth in Counts 1-4, against Defendants and each of them to prevent future wrongdoing;

57. Pre and post judgment interest at the maximum legal rate; and

58. All such other and further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial as to all issues so triable.

## REQUEST FOR ADMISSION

Plaintiff demands and request for admissions propondent to

to the Defendants.

## CONCLUSION

**WHEREFORE**, Plaintiff prays for the above-mentioned remedies,

including but in no way limited to an award of the costs, interest, and fees

incurred in connection with this matter, request for admission before

Defendants can move case to any other court, and for all other just and

proper relief to which Plaintiff may be entitled. Plaintiff reserves the right to

add additional calls, claims, or parties as they may arise through further

factual investigation and discovery.

Respectfully Submitted,

7401 Colonel Glenn Rd, #45881
Little Rock, AR, 72214
(501)658-2063
cozplugn@gmail.com

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2026-Apr-27  08:39:54
60CV-26-5290
C06D06 : 43 Pages

# UNIFORM COVER PAGE
[To be used when required by Administrative Order No. 2 (g)*]

COURT:  _Circuit_  COURT OF _Pulaski_  COUNTY

Docket/Case Number: _____

CASE NAME:
PLAINTIFF/
PETITIONER:  _Harris Defiance_

DEFENDANT/
RESPONDENT:  _____

TITLE OF PLEADING OR
DOCUMENT BEING FILED
(If a multi-part file,
the designation "part _ of _"
(example, part 1 of 2)):  _1-2, 3-4, 5-6_

*Administrative Order No 2.

(g) *File Mark.* (1) There shall be a two inch (2") top margin on the first page of each document submitted for filing to accommodate the court's file mark. If the pleading or document must be filed in multi-parts because of size or for other reasons, the first page of each part must include the file name and file mark and shall clearly indicate the part number and number of parts (example, part 1 of 2).

(2) If a document is such that the first page cannot be drafted to provide sufficient space to satisfy the file-mark requirement, the document must include the uniform cover page developed by the Administrative Office of the Courts and found under Forms and Publications at www.arcourts.gov.

Derracne Harris

P.O. Box 45881

Little Rock, AR 72214

COMPLAINTANT

CARCHEX/COGENCY GLOBAL INC.

118 Shawan Road, Suite 210

Baltimore, MD 21030

STATE OF ARKANSAS    )
                     ) SS
COUNTY OF PULASKI    )

### AFFIDAVIT OF DEFAULT JUDGMENT AGAINST   CARCHEX/COGENCY GLOBAL AGREEMENT

On this 2nd  day of February, 2026, I the undersigned, and witness notary do certify , that I Derrance  Harris, being duly sworn on oath that of the following:

1. That respondents were sereved the respondent's CARCHEX/COGENCY GLOBAL INC., an Affidavit of Complaint Demand Letter Notice, For Viloation Of The Telephone Consumer Protection Act on January 20, 2026. via US postal Service certified mailed

2. That respondent's were given (7) days to rebut under notary seal the facts stated therein, and that failure to respond would constitute their agreement and result in default aginst  with terms an agreement of contract.

3. That the alloted time  having now past from the time of service of this Certificate of Default Judgement against

Ex 9

CARCHEX/COGENCY GLOBAL INC. and the parties are in default.

That the material facts contain in the " Affidavit of Complaint Demand Letter Notice, For Viloation Of The Telephone Consumer Protection Act; are true and correct, having made two calls to the claimant phone with proof of a call recording and call log hisotry, that any response not under notary is deem void on its face, any any civil suit by claimnt the parties agree remains in state court unremovable.

4. That now CARCHEX/COGENCY GLOBAL INC. are and in Default

6. That respondents are now in default in amount of $5400.00

7. That respondents acting illegally, intentional and knowing violated the Telephone Consumer Protections Act.

8. That respondents knowingly and willfully violated the TSR (Telemarketing rule 16.C.F.R. S 310.2(ff).

9. CARCHEX/COGENCY GLOBAL INC., knowingly and willfully vilolated the FCC-Federal Communications Commissions Rule 47 C.F.R.64--1200, that respondents did use an auto dialer.

10. That Goldman Fiancial knowingly and willfully vilolated TRACED ACT SB 515 Telecommunication Service, that the respondants did use a third-party spoofing, and has no EBA.

11. That such damages done by CARCHEX/COGENCY GLOBAL INC. has cause harm, stress and lost of life liberty, and that clamiant in entitled to damages in the amount of $5400.00, and any civil \ suit shall remain in civil court , and will not be moved to federal.

remain in civil court , and will not be moved to federal.

12. That signature from respondes confirms there \
contractural agreement and obligation of the amount of $5400.00,
owe to  Derrance Harris

14.Further Affiant say not

Affiant

## VERIFICATION

STATE OF ARKANSAS    )
                     ) SS
COUNTY OF _____  )

The undersigned, being duly sworn, states on oath that he/she has reviewed the above named pleading and that the facts and matters contained therein are true and correct to the best of his/her knowledge and belief.

Affiant

SUBSCRIBED AND SWORN TO before me this 4th day of February, 2026.

Notary Public

My Commission Expires:

11/12/34

SIMA DALAL
SALINE COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires November 12, 2034
Commission No. 00004817

<u>Derracne Harris</u>

P.O. Box 45881

Little Rock, AR 72214


COCARCHEX/COGENCY GLOBAL INC.

 118 Shawan Road, Suite 210

Baltimore, MD 21030 (FL Company Code # W469753


1519 YORK ROAD

LUTHERVILLE MD 21093

privacy@carchex.com

MPLAINTANT


RESPONDENT

### <u>AFFIDAVIT/FEDERAL COMPLAINT FOR VIOLAITON OF THE TELPHONE CONSUMER PROTECTIONS ACT/DEMAND LETTER INTENT TO SUE NOTICE</u>

Comes Now I Derrance Harris, the undersigned and for

**Affidavit/Complaint Demand Letter Intent TO Sue Notice For Violation of The Telephone Consumer Protections Act,** and states as followed:

1. That the respondent's Name; DBA COCARCHEX, and I recieved a  Robo call/text  from 1(833)236-9505,on Octobr 16, 2025 a rep nama Morris-CM offering services. That I never reach out to RESPONDENTS to opt in to recieve call and nor gave company a written consent to contact me. That evidence of screen shot of call call log see exhibit.3.



2. That my number 501 658-2063,  Is on the Federal Do Not Call list.  see exhibit 4

3. That the responents acting illegally under the FTC and is in viloation of the Telephone Consumer Protections Act. See TCPA 47 U.S.C. sec. 227(b)(1)(B, and Complaintant is entitled to relif in the amount of $4,500.00  us dollars.

4. That respondents are informed that Under the TSR, a "telemarketer" is any person who, in connection with telemarketing, initiates or receives telephone calls to or from a customer or donor. 16 C.F.R. § 310.2(ff). Which respondents have done against complaintant.

5. That respondents herein are informed Under the TCPA, the Federal Communications Commission can be assess a penalty for intentional violations of up to $10,000 per call., and respondents herein are requsted to put my number on their do not call list, and complaint has not ebr.

6. That I herein request for respondents to send me a copy of Do Not Call Policy, and complaint has no EBA with the respondents.

7. That I have an audio recordng as evidence of proof of respondents violations and said audio can be sent to respondents email for listening.

8. That respondents have (3) days to settle/respond out of court for the amount $4,500.00 via ach method , and respondent can email homebased68@gmail.com

9. That respondants failure to respond with a settlement offer of $4,500.00 ; failure to rebutt this affidavit under notary

seal will be deem as none response and repondents will be in default terms contract; menaing your default becomes an contract agreement. That this is a notice of intent to sue respondent's under a federal complaint, or Small Claims for viloation of the **THE TELPHONE CONSUMER PROTECTIONS ACT** See TCPA 47 U.S.C. sec. 227(b)(1)(B, That the responedents are in Violation as followed: (1) TCPA 47 USC 227 ,and Vilolation (2) FCC-Federal Communications Commissions Rule 47 C.F.R 64-1200 and makes auto dilers illegal with out the 'Written Consent" , which r espondents never had nor was given written consent which imposes a civil penalties of $10.000 per call. Viloatin (3) TRACED ACT SB 514 Telecommunications service providers and third-party spoofing' Which the parties have performed .

10. That claimint is entitled to relief requsted for such (4) violations saught after in Complaint Claimant in the amount of & 5000.00 wishes to settle to avoid filing complaint in civil court and file complaint with trade commission which imposes a minium of $10.000 per viloation. That claimant is entitled to maxium aloud by law. That  respondents may communicated also by email at cozplugn@gmail.com means. That respondents have (3) days to respond with a settlement offer via ACH payment Thereafter Claimint affirms will be filing Civil Suit and that **Notice TO AGENT IS NOTICE TO**

**PRICIPLE REGISTERED AGENT**

**further affaint say not**

Derrance Harris Affiant

P.O. BOX 45881

Little ROck, AR 72214

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required           $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

4/24/26, 10:01 AM                                                usagecarchex.png

# Service Usage on 10/16/2025

| | | | | |
|---|---|---|---|---|
| 1:12:54 PM -05:00 | VOICE | 14103348254 | 15012139010 | 1 min. |
| 1:06:30 PM -05:00 | VOICE | 15017641482 | 15016582063 | 1 min. |
| 1:04:25 PM -05:00 | VOICE | 15412109412 | 15012139010 | 1 min. |
| 12:45:21 PM -05:00 | SMS | 15019603695 | 15016582063 | · |
| 12:44:14 PM -05:00 | VOICE | 15013595173 | 15016582063 | 1 min. |
| 12:37:50 PM -05:00 | VOICE | 18702019633 | 15016582063 | 1 min. |
| 12:37:02 PM -05:00 | SMS | 18332369508 | 15016582063 | 1 |
| 12:23:13 PM -05:00 | VOICE | 15019603695 | 15016582063 | 5 min. |
| 12:19:08 PM -05:00 | VOICE | 17276063311 | 15012139010 | 2 min. |
| 11:59:41 AM -05:00 | VOICE | 15017980256 | 15016582063 | 1 min. |
| 11:54:07 AM -05:00 | VOICE | 15013680950 | 15016582063 | 1 min. |



OK

Derracne Harris

P.O. Box 45881

Little Rock, AR 72214

COMPLAINTANT

Philadelphia American Life

2843 238th Ave SE

Sammamish, WA 98075


RESPONDENT'S

### AFFIDAVIT/FEDERAL COMPLAINT FOR VIOLAITON OF THE TELPHONE CONSUMER PROTECTIONS ACT/DEMAND LETTER INTENT TO SUE NOTICE

Comes Now I Derrance Harris, the undersigned and for

**Affidavit/Complaint Demand Letter Intent TO Sue Notice For**

**Violation of The Telephone Consumer Protections Act**, and states

as followed:

1. That the respondent's Name; DBA Philadelphia American Life , and I recieved a  call from 501 409-8278, on

Octobr 20, 2025 a rep name chelse offering services. That I

never reach out to RESPONDENTS to opt in to recieve call and nor

gave company a written consent to contact me. That evidence of

screen shot of call call log see exhibit.3.

 2. That my number 501 658-2063,  Is on the Federal Do Not Call

list.  see exhibit 4

3. That the responents acting illegally under the FTC and is in

viloation of the Telephone Consumer Protections Act. See TCPA 47

U.S.C. sec. 227(b)(1)(B, and Complaintant is entitled to relif

Ex 1

in the amount of $4,500.00  us dollars.

4. That respondents are informed that Under the TSR, a "telemarketer" is any person who, in connection with telemarketing, initiates or receives telephone calls to or from a customer or donor. 16 C.F.R. § 310.2(ff). Which respondents have done against complaintant.

5. That respondents herein are informed Under the TCPA, the Federal Communications Commission can be assess a penalty for intentional violations of up to $10,000 per call., and respondents herein are requsted to put my number on their do not call list, and complaint has not ebr.

6. That I herein request for respondents to send me a copy of Do Not Call Policy, and complaint has no EBA with the respondents.

7. That I have an audio recordng as evidence of proof of respondents violations and said audio can be sent to respondents email for listening.

8. That respondents have (3) days to settle/respond out of court for the amount $4,500.00 via ach method , and respondent can email homebased68@gmail.com

9. That respondants failure to respond with a settlement offer of $4,500.00 ; failure to rebutt this affidavit under notary seal will be deem as none response and repondents will be in default terms contract; menaing your default becomes an contract agreement. That this is a notice of intent to sue respondent's under a federal complaint, or Small Claims for viloation of the **THE TELPHONE CONSUMER PROTECTIONS ACT**  See TCPA 47 U.S.C. sec.

227(b)(1)(B, That the responedents are in Violation as followed: (1) TCPA 47 USC 227 ,and Vilolation (2) FCC-Federal Communications Commissions Rule 47 C.F.R 64-1200 and makes auto dilers illegal with out the 'Written Consent" , which r espondents never had nor was given written consent which imposes a civil penalties of $10.000 per call. Viloatin (3) TRACED ACT SB 514 Telecommunications service providers and third-party spoofing' Which the parties have performed .

10. That claimint is entitled to relief requsted for such (4) violations saught after in Complaint Claimant in the amount of & 5000.00 wishes to settle to avoid filing complaint in civil court and file complaint with trade commission which imposes a minium of $10.000 per viloation. That claimant is entitled to maxium aloud by law. That  respondents may communicated also by email at cozplugn@gmail.com means. That respondents have (3) days to respond with a settlement offer via ACH payment Thereafter Claimint affirms will be filing Civil Suit and that **Notice TO AGENT IS NOTICE TO**

**PRICIPLE REGISTERED AGENT**

**further affaint say not**

Derrance Harris Affiant

P.O. BOX 45881

Little ROck, AR 72214

# Service Usage on 10/20/2025

| | | | | |
|---|---|---|---|---|
| 2:40:22 PM -05:00 | VOICE | 15016872228 | 15012139010 | 1 min. |
| 2:30:38 PM -05:00 | VOICE | 15012086960 | 15016582063 | 1 min. |
| 2:30:34 PM -05:00 | VOICE | 15014272963 | 15012139010 | 2 min. |
| 2:17:20 PM -05:00 | VOICE | 15015311934 | 15016582063 | 1 min. |
| 1:54:39 PM -05:00 | VOICE | 15012506575 | 15016582063 | 1 min. |
| 1:15:30 PM -05:00 | VOICE | 15013595027 | 15016582063 | 1 min. |
| 1:06:10 PM -05:00 | VOICE | 15014639931 | 15016582063 | 1 min. |
| 12:59:01 PM -05:00 | VOICE | 15014745159 | 15016582063 | 1 min. |
| 12:58:52 PM -05:00 | VOICE | 15016420001 | 15012139010 | 1 min. |
| 12:54:14 PM -05:00 | VOICE | 15016420001 | 15016582063 | 5 min. |
| 12:35:01 PM -05:00 | VOICE | 15016537336 | 15016582063 | 2 min. |
| 12:26:53 PM -05:00 | VOICE | 15014618808 | 15016582063 | 1 min. |



OK

<u>Derracne Harris</u>

P.O. Box 45881

Little Rock, AR 72214

COMPLAINTANT


Goldman Fiancial

GoGoldman

40 Wall Street

28th Floor

New York, NY 10005

support@gogoldman.com

RESPONDENT'S

## AFFIDAVIT/FEDERAL COMPLAINT FOR VIOLAITON OF THE TELPHONE CONSUMER PROTECTIONS ACT/DEMAND LETTER INTENT TO SUE NOTICE

Comes Now I Derrance Harris, the undersigned and for

**Affidavit/Complaint Demand Letter Intent TO Sue Notice For Violation of The Telephone Consumer Protections Act**, and states as followed:

1. That the respondent's Name; DBA Goldman Fiancial ,

 and I recieved a robo call /test voice from 727-214-1402

on October 2, 25 at 3:10pm from an agent name Rob with

services. That never reach out to RESPONDENTS to opt in to

recieve call and nor gave company a written consent to contact

me. That evidence of screen shot of call call log see exhibit.3.

 2. That my number 501 658-2063,  Is on the Federal Do Not Call

list.  see exhibit 4

Ex 1

3. That the responents acting illegally under the FTC and is in viloation of the Telephone Consumer Protections Act. See TCPA 47 U.S.C. sec. 227(b)(1)(B, and Complaintant is entitled to relif in the amount of $4,500.00  us dollars.

4. That respondents are informed that Under the TSR, a "telemarketer" is any person who, in connection with telemarketing, initiates or receives telephone calls to or from a customer or donor. 16 C.F.R. § 310.2(ff). Which respondents have done against complaintant.

5. That respondents herein are informed Under the TCPA, the Federal Communications Commission can be assess a penalty for intentional violations of up to $10,000 per call., and respondents herein are requsted to put my number on their do not call list, and complaint has not ebr.

6. That I herein request for respondents to send me a copy of Do Not Call Policy, and complaint has no EBA with the respondents.

7. That I have an audio/ transcript recordng as evidence of proof of respondents violations and said audio can be sent to respondents email for listening, and transcript can be sent for review.

8. That respondents have (3) days to settle/respond out of court for the amount $4,500.00 via ach method , and respondent can email homebased68@gmail.com

9. That respondants failure to respond with a settlement offer of $4,500.00 ; failure to rebutt this affidavit under notary seal will be deem as none response and repondents will be in

default terms contract; menaing your default becomes an contract agreement. That this is a notice of intent to sue respondent's under a federal complaint, or Small Claims for viloation of the **THE TELPHONE CONSUMER PROTECTIONS ACT** See TCPA 47 U.S.C. sec. 227(b)(1)(B, That the responedents are in Violation as followed: (1) TCPA 47 USC 227 ,and Vilolation (2) FCC-Federal Communications Commissions Rule 47 C.F.R 64-1200 and makes auto dilers illegal with out the 'Written Consent" , which r espondents never had nor was given written consent which imposes a civil penalties of $10.000 per call. Viloatin (3) TRACED ACT SB 514 Telecommunications service providers and third-party spoofing' Which the parties have performed .

10. That claimint is entitled to relief requsted for such (4) violations saught after in Complaint Claimant in the amount of & 5000.00 wishes to settle to avoid filing complaint in civil court and file complaint with trade commission which imposes a minium of $10.000 per viloation. That claimant is entitled to maxium aloud by law. That  respondents may communicated also by email at cozplugn@gmail.com means. That respondents have (3) days to respond with a settlement offer via ACH payment . Thereafter Claimint affirms will be filing Civil Suit and that **Notice TO AGENT IS NOTICE TO**

**PRICIPLE REGISTERED AGENT**

**further affaint say not**

Derrance Harris Affiant

P.O. BOX 45881



usagogoldman.png

# Service Usage on 10/02/2025

| | | | | |
|---|---|---|---|---|
| 4:01:34 PM -05:00 | VOICE | 15016406478 | 15016582063 | 1 min. |
| 3:44:18 PM -05:00 | VOICE | 15012109396 | 15016582063 | 1 min. |
| 3:38:43 PM -05:00 | VOICE | 15013998070 | 15016582063 | 1 min. |
| 3:35:53 PM -05:00 | VOICE | 15014639322 | 15016582063 | 4 min. |
| 3:23:12 PM -05:00 | VOICE | 15018083835 | 15016582063 | 1 min. |
| 3:15:10 PM -05:00 | VOICE | 15014753013 | 15016582063 | 1 min. |
| 3:09:50 PM -05:00 | VOICE | 13478612558 | 15016582063 | 1 min. |
| 3:08:58 PM -05:00 | VOICE | 17272141402 | 15012139070 | 2 min. |
| 3:04:17 PM -05:00 | VOICE | 15014393581 | 15016582063 | 1 min. |
| 3:01:00 PM -05:00 | SMS | CODE21323 | 15016582063 | 1 |
| 2:54:56 PM -05:00 | VOICE | 15016388076 | 15016582063 | 1 min. |



OK

Derracne Harris

P.O. Box 45881

Little Rock, AR 72214

COMPLAINTANT

Goldman Fiancial

WHYTE, DANIEL Todd

310 NW 26 Street

Suite B

MIAMI, FL 33127

STATE OF ARKANSAS     )
                      ) SS
COUNTY OF PULASKI     )


AFFIDAVIT OF DEFAULT JUDGMENT AGAINST   Goldman Fiancial AGREEMENT

——

On this 2nd  day of February, 2026, I the undersigned, and
witness notary do certify , that I Derrance  Harris, being duly
sworn on oath that of the following:

1. That respondents were sereved the respondent's
Goldman Fiancial , an Affidavit of Complaint Demand Letter Notice,
For Viloation Of The Telephone Consumer Protection Act on D
Janruary 21, 2026. via US postal Service certified mailed

2. That respondent's were given (7) days to rebut under
notary seal the facts stated therein, and that failure to
respond would constitute their
agreement and result in default aginst  with terms an agreement
of contract.

Ex 2

3. That the alloted time  having now past from the time of service of this Certificate of Default Judgement against Goldman Fiancial and the parties are in default.

That the material facts contain in the " Affidavit of Complaint Demand Letter Notice, For Viloation Of The Telephone Consumer Protection Act; are true and correct, having made two calls to the claimant phone with proof of a call recording and call log hisotry, that any response not under notary is deem void on its face, any any civil suit by claimnt the parties agree remains in state court unremovable.

4. That now Goldman Fiancial are and in Default

6. That respondents are now in default in amount of $5400.00

7. That respondents acting illegally, intentional and knowing violated the Telephone Consumer Protections Act.

8. That respondents knowingly and willfully violated the TSR (Telemarketing rule 16.C.F.R. S 310.2(ff).

9. That Goldman Fiancial , Inc knowingly and willfully vilolated

the FCC-Federal Communications Commissions Rule 47 C.F.R.64--1200, that respondents did use an auto dialer.

10. That Goldman Fiancial knowingly and willfully vilolated TRACED ACT SB 515 Telecommunication Service, that the respondants did use a third-party spoofing, and has no EBA.

11. That such damages done by Goldman Fiancial has cause harm, stress and lost of life liberty, and that clamiant in entitled to damages in the amount of $5400.00,and any civil suit shall

remain in civil court , and will not be moved to federal.

12. That signaure from respondes confirms there \
contractural agreement and obligation of the amount of $5400.00,
owe to  Derrance Harris

14.Further Affiant say not

Affiant

VERIFICATION

STATE OF ARKANSAS     )
                      ) SS
COUNTY OF _____    )

The undersigned, being duly sworn, states on oath that he/she has reviewed the
above named pleading and that the facts and matters contained therein are true and
correct to the best of his/her knowledge and belief.

Affiant

SUBSCRIBED AND SWORN TO before me this 4th day of February , 2026.

Notary Public

My Commission Expires:

11/12/34

SIMA DALAL
SALINE COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires November 12, 2034
Commission No. 00004617

Derracne Harris

P.O. Box 45881

Little Rock, AR 72214

COMPLAINTANT


National Fidelity Financial Inc

930 S Harbor City Blvd, Ste 401

Melbourne, FL 32901

Michael Ainbinder

RESPONDENT


## AFFIDAVIT/FEDERAL COMPLAINT FOR VIOLAITON OF THE TELPHONE CONSUMER PROTECTIONS ACT/DEMAND LETTER INTENT TO SUE NOTICE

Comes Now I Derrance Harris, the undersigned and for **Affidavit/Complaint Demand Letter Intent TO Sue Notice For Violation of The Telephone Consumer Protections Act**, and states as followed:

1. That the respondent's Name; DBA National Fidelity Financial Inc, and I recieved (3) calls / from 407-634-7690, from an agent Mr Hughes name on March 6, 2026 offering services. That I never reach out to RESPONDENTS via phone to opt in to recieve call and nor gave company a written consent to contact me. That evidence of screen shot of call call log see exhibit.3.

2. That my number 501 658-2063,  Is on the Federal Do Not Call list.  see exhibit 4

3. That the responents acting illegally under the FTC and is in

*Ex 3*

viloation of the Telephone Consumer Protections Act. See TCPA 47 U.S.C. sec. 227(b)(1)(B, and Complaintant is entitled to relif in the amount of $4,500.00  us dollars.

4. That respondents are informed that Under the TSR, a "telemarketer" is any person who, in connection with telemarketing, initiates or receives telephone calls to or from a customer or donor. 16 C.F.R. § 310.2(ff). Which respondents have done against complaintant.

5. That respondents herein are informed Under the TCPA, the Federal Communications Commission can be assess a penalty for intentional violations of up to $10,000 per call., and respondents herein are requsted to put my number on their do not call list, and complaintant has no ebr, and no usage of the words ok, alright did constitue any agreement.

6. That I herein request for respondents to send me a copy of Do Not Call Policy, and  complaintant has no EBA with the respondents

7. That I have an audio recordng as evidence of proof of respondents violations and said audio can be sent to respondents email for listening.

8. That respondents have (3) days to settle/respond out of court for the amount $4,500.00 via ach method , and respondent can email homebased68@gmail.com

9. That respondants failure to respond with a settlement offer of $4,500.00 ; failure to rebutt this affidavit under notary seal will be deem as none response and repondents will be in default terms contract; menaing your default becomes an contract

agreement. That this is a notice of intent to sue respondent's under a federal complaint, or Small Claims for viloation of the **THE TELPHONE CONSUMER PROTECTIONS ACT** See TCPA 47 U.S.C. sec. 227(b)(1)(B, That the responedents are in Violation as followed: (1) TCPA 47 USC 227 ,and Vilolation (2) FCC-Federal Communications Commissions Rule 47 C.F.R 64-1200 and makes auto dilers illegal with out the 'Written Consent" , which r espondents never had nor was given written consent which imposes a civil penalties of $10.000 per call. Viloatin (3) TRACED ACT SB 514 Telecommunications service providers and third-party spoofing' Which the parties have performed .

10. That claimint is entitled to relief requsted for such (4) violations saught after in Complaint Claimant in the amount of & 5000.00 wishes to settle to avoid filing complaint in civil court and file complaint with trade commission which imposes a minium of $10.000 per viloation. That claimant is entitled to maxium aloud by law. That  respondents may communicated also by email at cozplugn@gmail.com means. That respondents have (3) days to respond with a settlement offer via ACH payment Thereafter Claimint affirms will be filing Civil Suit and that **Notice TO AGENT IS NOTICE TO**

**PRICIPLE REGISTERED AGENT**

**further affaint say not**

Derrance Harris Affiant

P.O. BOX 45881

Little ROck, AR 72214

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Melbourne, FL 32901

| | | |
|---|---|---|
| Certified Mail Fee $5.30 | | |
| $ | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | |
| ☐ Adult Signature Required | $ | MAR 21 2026 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $1.07 | | |
| $ | | |
| Total Postage and Fees | | |
| $ | | |

Sent To *National Fidelity Financial*
Street and Apt. No., or PO Box No. *930 S*
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# Service Usage on 03/06/2026

| Time | Type | From | To | Unit |
|------|------|------|-----|------|
| | | | | |

3/21/26, 10:12 AM                                                  usagenationalfib2.png

# Service Usage on 03/06/2026

| | | | | | |
|---|---|---|---|---|---|
| 2:04:34 PM -06:00 | VOICE | 14076347690 | — | 15016582063 | 1 min. |
| 2:04:27 PM -06:00 | VOICE | 14076347690 | — | 15012139010 | 1 min. |
| 2:03:25 PM -06:00 | VOICE | 14076347690 | — | 15016582063 | 1 min. |
| 2:00:51 PM -06:00 | VOICE | 15013055359 | | 15012139010 | 1 min. |
| 1:53:46 PM -06:00 | VOICE | 12145807771 | | 15016582063 | 10 min. |
| 1:43:30 PM -06:00 | VOICE | 17753556575 | | 15016582063 | 1 min. |
| 1:41:12 PM -06:00 | VOICE | 19645469373 | | 15016582063 | 1 min. |
| 1:38:03 PM -06:00 | VOICE | 15012915219 | | 15016582063 | 1 min. |
| 1:27:34 PM -06:00 | VOICE | 15012789172 | | 15016582063 | 1 min. |
| 1:24:12 PM -06:00 | VOICE | 15014007887 | | 15016582063 | 1 min. |
| 1:10:11 PM -06:00 | VOICE | 15018193148 | | 15016582063 | 1 min. |
| 1:09:38 PM -06:00 | VOICE | 15012713917 | | 15012139010 | 1 min. |

Derracne Harris

P.O. Box 45881

Little Rock, AR 72214

COMPLAINTANT


National Fidelity Financial Inc

930 S Harbor City Blvd, Ste 401

Melbourne, FL 32901

Michael Ainbinder

RESPONDENT


STATE OF ARKANSAS     )
                      ) SS
COUNTY OF PULASKI     )

**AFFIDAVIT OF DEFAULT JUDGMENT AGAINST National Fidelity Financial Inc**

On this 2nd  day of April, 2026, I the undersigned, and

witness notary do certify , that I Derrance  Harris, being duly

sworn on oath that of the following:

   1. That respondents were sereved the respondent's

National Fidelity Financial Inc , an Affidavit of Complaint

Demand Letter Notice, For Viloation Of The Telephone Consumer

Protection Act on March 27, 2026. via US postal Service

certified mailed

   2. That respondent's were given (5) days to rebut under

notary seal the facts stated therein, and that failure to

respond would constitute their agreement and result in default

aginst  with terms an agreement of contract.

   3. That the alloted time  having now past from the time of

Ex 4

service of this affidavit of Default Judgement against
National Fidelity Financial Inc and the parties are in default.

That the material facts contain in the " Affidavit of
Complaint Demand Letter Notice, For Viloation Of The Telephone
Consumer Protection Act; are true and correct, having made two
calls to the claimant phone with proof of a call recording and
call log hisotry, that any response not under notary is deem
void on its face, any any civil suit by claimnt the parties
agree remains in state court unremovable.

4. That now National Fidelity Financial Inc are and in
Default

6. That respondents are now in default in amount of
$5400.00 in damages.

7. That respondents acting illegally, intentional and
knowing violated the Telephone Consumer Protections Act.

8. That respondents knowingly and willfully violated the
TSR (Telemarketing rule 16.C.F.R. S 310.2(ff).

9. That respondents knowingly and willfully vilolated

the FCC-Federal Communications Commissions Rule 47
C.F.R.64--1200, that respondents did use an auto dialer.

10. That respondents knowingly and willfully vilolated
TRACED ACT SB 515 Telecommunication Service, that the
respondants did use a third-party spoofing, and has no EBA.

11. That such damages done by National Fidelity Financial
Inc has cause harm, stress and lost of life liberty, and that
clamiant in entitled to damages in the amount of $5400.00,and

clamiant in entitled to damages in the amount of $5400.00,and
any civil suit shall remain in civil court , and will not be
moved to federal and is entitled to relief.

12. That signaure from respondes confirms there
contractural agreement and obligation of the amount of $5400.00,
owed to  Derrance Harris

14.Further Affiant say not

Affiant

## VERIFICATION

STATE OF ARKANSAS      )
                       ) SS
COUNTY OF _____     )

The undersigned, being duly sworn, states on oath that he/she has reviewed the above named pleading and that the facts and matters contained therein are true and correct to the best of his/her knowledge and belief.

Affiant

SUBSCRIBED AND SWORN TO before me this 2 day of April , 2024.

Notary Public

My Commission Expires: 04|16|2026



Derracne Harris

P.O. Box 45881

Little Rock, AR 72214

COMPLAINTANT


FIRST PREMIER HOME WARRANTY CORP

2918 Avenue R, Brooklyn, NY 11229-2524

THE CORPORATION

RESPONDENT

complaints@firstpremierhomewarranty.com


## AFFIDAVIT/FEDERAL COMPLAINT FOR VIOLAITON OF THE TELPHONE CONSUMER PROTECTIONS ACT/DEMAND LETTER INTENT TO SUE NOTICE

Comes Now I Derrance Harris, the undersigned and for **Affidavit/Complaint Demand Letter Intent TO Sue Notice For Violation of The Telephone Consumer Protections Act**, and states as followed:

1. That the respondent's Name; DBA FIRST PREMIER HOME WARRANTY CORP, and I recieved a Robo call/text from 1-855-625-0154, ,on March 11, 2026, and from 1-833-800-3733 (2) calls/text a agent ,offering services. That I never reach out to RESPONDENTS via phone to opt in to recieve call and nor gave company a written consent to contact me. That evidence of screen shot of call call log see exhibit.3.

2. That my number 501 658-2063, Is on the Federal Do Not Call list. see exhibit 4

EX.5

3. That the responents acting illegally under the FTC and is in viloation of the Telephone Consumer Protections Act. See TCPA 47 U.S.C. sec. 227(b)(1)(B, and Complaintant is entitled to relif in the amount of $4,500.00  us dollars.

4. That respondents are informed that Under the TSR, a "telemarketer" is any person who, in connection with telemarketing, initiates or receives telephone calls to or from a customer or donor. 16 C.F.R. § 310.2(ff). Which respondents have done against complaintant.

5. That respondents herein are informed Under the TCPA, the Federal Communications Commission can be assess a penalty for intentional violations of up to $10,000 per call., and respondents herein are requsted to put my number on their do not call list, and complaint has not ebr.

6. That I herein request for respondents to send me a copy of Do Not Call Policy, and complaint has no EBA with the respondents.

7. That I have an audio recordng as evidence of proof of respondents violations and said audio can be sent to respondents email for listening.

8. That respondents have (3) days to settle/respond out of court for the amount $4,500.00 via ach method , and respondent can email homebased68@gmail.com

9. That respondants failure to respond with a settlement offer of $4,500.00 ; failure to rebutt this affidavit under notary seal will be deem as none response and repondents will be in default terms contract; menaing your default becomes an contract

agreement. That this is a notice of intent to sue respondent's under a federal complaint, or Small Claims for viloation of the **THE TELPHONE CONSUMER PROTECTIONS ACT** See TCPA 47 U.S.C. sec. 227(b)(1)(B, That the responedents are in Violation as followed: (1) TCPA 47 USC 227 ,and Vilolation (2) FCC-Federal Communications Commissions Rule 47 C.F.R 64-1200 and makes auto dilers illegal with out the 'Written Consent" , which r espondents never had nor was given written consent which imposes a civil penalties of $10.000 per call. Viloatin (3) TRACED ACT SB 514 Telecommunications service providers and third-party spoofing' Which the parties have performed .

10. That claimint is entitled to relief requsted for such (4) violations saught after in Complaint Claimant in the amount of & 5000.00 wishes to settle to avoid filing complaint in civil court and file complaint with trade commission which imposes a minium of $10.000 per viloation. That claimant is entitled to maxium aloud by law. That  respondents may communicated also by email at cozplugn@gmail.com means. That respondents have (3) days to respond with a settlement offer via ACH payment Thereafter Claimint affirms will be filing Civil Suit and that **Notice TO AGENT IS NOTICE TO**

**PRICIPLE REGISTERED AGENT**

**further affaint say not**

                                        Derrance Harris Affiant

P.O. BOX 45881

Little ROck, AR 72214



usageforfirstpre.png

# Service Usage on 03/11/2026

| Time | Type | From | To | Duration |
|---|---|---|---|---|
| | VOICE | | | 1 min. |
| 4:04:46 PM -05:00 | VOICE | 12146770751 | 15016582063 | 1 min. |
| 4:04:17 PM -05:00 | VOICE | 15013355950 | 15016582063 | 1 min. |
| 3:53:56 PM -05:00 | VOICE | 15016157253 | 15016582063 | 1 min. |
| 3:43:11 PM -05:00 | VOICE | 15019223492 | 15016582063 | 1 min. |
| 3:31:41 PM -05:00 | VOICE | 15012465925 | 15016582063 | 2 min. |
| 3:22:54 PM -05:00 | SMS | 18556250154  | 15016582063 | 1 |
| 3:22:53 PM -05:00 | SMS | 18556250154 | 15016582063 | 1 |
| 3:22:53 PM -05:00 | SMS | 18556250154 | 15016582063 | 1 |
| 3:17:09 PM -05:00 | VOICE | 15016420726 | 15016582063 | 1 min. |
| 3:15:37 PM -05:00 | VOICE | 15017798954 | 15016582063 | 1 min. |
| 3:14:53 PM -05:00 | VOICE | 15019615210 | 15016582063 | 1 min. |
| 3:12:33 PM -05:00 | VOICE | 15017370284 | 15016582063 | 1 min. |

OK

usagefristpreimer1.png

# Service Usage on 02/25/2026

| Time | Type | From | To | Duration |
|---|---|---|---|---|
| 4:05:49 PM -06:00 | VOICE | 12146246175 | 15016582063 | 1 min. |
| 3:57:26 PM -06:00 | VOICE | 15013302092 | 15016582063 | 1 min. |
| 3:38:50 PM -06:00 | VOICE | 15015061556 | 15016582063 | 1 min. |
| 3:35:40 PM -06:00 | SMS | CODE31524 | 15016582063 | 1 |
| 3:35:40 PM -06:00 | SMS | CODE31524 | 15016582063 | 1 |
| 3:35:40 PM -06:00 | SMS | CODE31524 | 15016582063 | 1 |
| 3:33:51 PM -06:00 | VOICE | 12393306547 | 15016582063 | 1 min. |
| 3:23:04 PM -06:00 | VOICE | 15013613968 | 15016582063 | 1 min. |
| 3:26:59 PM -06:00 | VOICE | 15016279500 | 15016582063 | 1 min. |
| 3:22:02 PM -06:00 | VOICE | 15016737978 | 15016582063 | 5 min. |
| 2:59:08 PM -06:00 | SMS | 15013005708 | 15016582063 | 1 |
| 2:56:46 PM -06:00 | VOICE | 15013923732 | 15016582063 | 1 min. |
| 2:55:00 PM -06:00 | VOICE | 15016388412 | 15016582063 | 1 min. |



OK

Derracne Harris

P.O. Box 45881

Little Rock, AR 72214


First Priemer Home Warrenty

2918 AVALBERT SAYEGHENUE R, BROOKLYN, NY, 11229

ALBERT SAYEGH


STATE OF ARKANSAS     )
                      ) SS
COUNTY OF PULASKI     )

**AFFIDAVIT OF DEFAULT JUDGMENT AGAINST** First Priemer Home Warrenty **AGREEMENT**

On this 7th  day of April, 2026, I the undersigned, and

witness notary do certify , that I Derrance  Harris, being duly

sworn on oath that of the following:

1. That respondents were sereved the respondent's

,an Affidavit of Complaint Demand Letter

Notice, For Viloation Of The Telephone Consumer Protection Act

on April 2, 2026. via US postal Service certified mailed

2. That respondent's  were given (7) days to rebut under

notary seal the facts stated therein, and that failure to

respond would constitute their agreement and result in default

aginst  with terms an agreement of contract.

3. That the alloted time  having now past from the time of

service of this Certificate of Default Judgement against

First Priemer Home Warrenty, and the parties are in default.

That the material facts contain in the " Affidavit of

Ex 4

Complaint Demand Letter Notice, For Viloation Of The Telephone Consumer Protection Act; are true and correct, having made two calls to the claimant phone with proof of a call recording and call log hisotry, that any response not under notary is deem void on its face, any any civil suit by claimnt the parties agree remains in state court unremovable.

4. That now respondents are and in Default

6. That respondents are now in default in amount of $5400.00 in damages

7. That respondents acting illegally, intentional and knowing violated the Telephone Consumer Protections Act.

8. That respondents knowingly and willfully violated the TSR (Telemarketing rule 16.C.F.R. S 310.2(ff).

9. Resondents, knowingly and willfully vilolated the FCC-Federal Communications Commissions Rule 47 C.F.R.64--1200, that respondents did use an auto dialer.

10. That respondents knowingly and willfully vilolated TRACED ACT SB 515 Telecommunication Service, that the respondants did use a third-party spoofing, and has no EBA.

11. That such damages done by First Priemer Home Warrenty has cause harm, stress and lost of life liberty, and that clamiant in entitled to damages in the amount of $5400.00,and any civil \ suit shall remain in civil court , and will not be moved to federal.

12. That signature from respondes confirms there \ contractual agreement and obligation of the amount of $5400.00,

owe to   Derrance Harris

14.Further Affiant say not

_____
                                    Affiant

## VERIFICATION

STATE OF ARKANSAS    )
                     ) SS
COUNTY OF _____   )

The undersigned, being duly sworn, states on oath that he/she has reviewed the above named pleading and that the facts and matters contained therein are true and correct to the best of his/her knowledge and belief.

_____
                                    Affiant

SUBSCRIBED AND SWORN TO before me this __7__ day of April ,2026.

_____
Notary Public

My Commission Expires: 04|16|2026

Derracne Harris

P.O. Box 45881

Little Rock, AR 72214

COMPLAINTANT

EMPIRE AUTO PROTECT

8 THE GRN #11230

DOVER DE 19901-3618

RESPONDENT'S

## AFFIDAVIT/FEDERAL COMPLAINT FOR VIOLAITON OF THE TELPHONE CONSUMER PROTECTIONS ACT/DEMAND LETTER INTENT TO SUE NOTICE

Comes Now I Derrance Harris, the undersigned and for

Affidavit/Complaint Demand Letter Intent TO Sue Notice For

Violation of The Telephone Consumer Protections Act, and states

as followed:

1. That the respondent's Name; DBA "EMPIRE ~~INSURANCE~~

COMPANY" ,and I recieved a robo/text call from (903)320-1150 on

December 31, 2024 at 12:35pm, and I requesed to be removed. On

February 14:2025 at 1:58pm, I got antoher text form (

281)626-9379, and on February 21 2025 at 2:36pm from

(305)703-3312. see Exhibits 1,2

November 13,2024, at 10:31am ,and on my private line at

501-658-2063 withunsoliclted communication; from a agent with

EMPIRE ~~INSURANCE COMPANY~~. That I never reach out to empire to

EX 1

AR 722014.

9. That respondants failure to respond with a settlement offer of $5400.00; failure to rebutt this affidavit under notary seal will be deem as none response and repondents will be in default. That this is a notice of intent to sue respondent's under a federal complaint, or Small Claims for viloation of the **THE TELPHONE CONSUMER PROTECTIONS ACT** See TCPA 47 U.S.C. sec. 227(b)(1)(B, That the responedents are in Violation as followed: (1) TCPA 47 USC 227 ·,and Vilolation (2) FCC—Federal Communications Commissions Rule 47 C.F.R 64-1200 and makes auto dilers illegal with out the 'Written Consent" , which r espondents never had nor was given written consent which imposes a civil penalties of $10.000 per call. Viloatin (3) TRACED ACT SB 514 Telecommunications service providers and third-party spoofing' Which the parties have performed .

10. That claimint is entitled to relief requsted for such (4) violations saught after in Complaint Claimant wishes to settle to avoid filing complaint in civil court and file complaint with trade commission which imposes a minium of $10.000 per viloation. That respondents may send check or money order to P.O. Box 45881 Little Rock, AR 722014. or electronic means. That respondents have (7) days to respond with check money order. Thereafter Claimint affirms will be filing Civil Suit and that **Notice TO AGENT IS NOTICE TO PRIC** further affaint say not

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

7021 8175 8417 5270 0710 589

S Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

SCIPIO JONES POST OFFICE
Postmark Here
JUL 30 2025
LITTLE ROCK, AR 72206-9998

5/7/25, 2:20 PM                                         empireusage1.PNG

# Service Usage on 12/31/2024

| | | | | |
|---|---|---|---|---|
| 1:51:34 PM -06:00 | DATA | 15016582063 | | 27.55 MB |
| 1:58:41 PM -06:00 | VOICE | 15016582063 | 15015680314 | 1 min. |
| 1:37:44 PM -06:00 | SMS | 15016582063 | 15012820191 | 1 |
| 1:18:14 PM -06:00 | VOICE | 15016582063 | 15017643463 | 18 min. |
| 1:10:02 PM -06:00 | SMS | 15016582063 | 19033207150 | 1 |
| 12:35:24 PM -06:00 | SMS | 19033207150 | 15016582063 | 1 |
| 12:35:24 PM -06:00 | SMS | 19033207150 | 15016582063 | 1 |
| 12:24:29 PM -06:00 | VOICE | 18003683749 | 15016582063 | 7 min. |
| 12:22:09 PM -06:00 | SMS | CODE39747 | 15016582063 | 1 |
| 12:17:55 PM -06:00 | VOICE | 15016582063 | 18003683749 | 5 min. |
| 12:15:59 PM -06:00 | VOICE | 15016582063 | 18003683749 | 2 min. |
| 12:08:21 PM -06:00 | VOICE | 15016582063 | 18003683749 | 8 min. |
| 12:06:12 PM -06:00 | VOICE | 15016582063 | 18003683749 | 2 min. |



5/7/25, 2:20 PM                                empirerusage2.PNG

# Service Usage on 02/14/2025

| | | | | |
|---|---|---|---|---|
| 3:44:18 PM -06:00 | SMS | 15016582063 | 1CODE73856 | 1 |
| 3:38:08 PM -06:00 | SMS | 15016582063 | 1CODE53835 | 1 |
| 3:17:00 PM -06:00 | VOICE | 15012837371 | 15016582063 | 1 min. |
| 2:58:32 PM -06:00 | VOICE | 14358003978 | 15016582063 | 1 min. |
| 2:45:26 PM -06:00 | VOICE | 15013440215 | 15012139010 | 2 min. |
| 2:37:14 PM -06:00 | VOICE | 15014851285 | 15016582063 | 1 min. |
| 2:23:37 PM -06:00 | VOICE | 16092055682 | 15016582063 | 1 min. |
| 2:15:18 PM -06:00 | VOICE | 15014084765 | 15016582063 | 2 min. |
| 1:58:43 PM -06:00 | SMS | 12816269379 | 15016582063 | 1 |
| 1:58:43 PM -06:00 | SMS | 12816269379 | 15016582063 | 1 |
| 1:58:32 PM -06:00 | VOICE | 15014434708 | 15016582063 | 9 min. |
| 12:45:59 PM -06:00 | VOICE | 15012837624 | 15016582063 | 1 min. |
| 12:25:26 PM -06:00 | VOICE | 15013679017 | 15016582063 | 1 min. |
| 12:15:51 PM -06:00 | VOICE | 15015095813 | 15016582063 | 1 min. |



OK