**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICK OF ARKANSAS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 9 2026

TAMMY H. DOWNS, CLERK

By:_____ DEP CLERK

**CENTRAL DIVISION**

| | | |
|---|---|---|
| DERRANCE HARRIS | ) | ARKANSAS STATE CASE NO:60CV-26-5290 |
| PLAINTIFF | ) | CASE NO:4:26 -CV-00480-JM |
| | ) | |
| VS | ) | |
| GOLDMAN FIANCIAL. dba | ) | |
| GOGOLDMAN; | ) | |
| NATIONAL FIDELITY FIANCIAL | ) | |
| INC; FIRST PREMIER | ) | |
| HOME WARRANTY CORP; | ) | |
| US HEALTH | ) | |
| GROUP/PHILADELPHIA | ) | |
| AMERICAN LIFE, | ) | |
| EMPIRE AUTO PROTECT , AND | ) | |
| CARCHEX/COGENCY GLOBAL INC | ) | |

_____

**MOTION TO DISMISS**

NOEW COMES Plaintiff, Derrance Harris move to dismiss, states that the parties have resolove this matter, and have entered confidential release and moving to separate and dismss against the Defendant's, **NATIONAL FIDELITY**

1

**FIANCIAL INC"**  with prejudice"

　　**WHEREFORE,** Plaintiff request for an Order To Dismiss

against Defendants **NATIONAL FIDELITY FIANCIAL INC"**with prejudice.


                                        DERRANCE HARRIS

                            7401 COLONEL GLEEN RD, UNITE 45881

                                LITTLE ROCK, AR 72214

                                        PLAINTIFF