**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DERRANCE HARRIS**                                              **PLAINTIFF**

**V.**                                    **4:26CV00480 JM**

**GOLDMAN FINANCIAL, d/b/a**
**GOGOLDMAN,** *et al.*.                                        **DEFENDANTS**

## ORDER

Plaintiff's motion to dismiss, docket # 17, is GRANTED. All claims and causes of action against Separate Defendant National Fidelity Financial, Inc. are hereby dismissed with prejudice.

IT IS SO ORDERED this 1st day of July, 2026.

_____
James M. Moody Jr.
United States District Judge