**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DERRANCE HARRIS** **PLAINTIFF**

**V.** **CASE NO. 4:26-CV-480 JM**

**GOLDMAN FINANCIAL, *et al.*** **DEFENDANTS**

**ORDER**

Derrance Harris's motion to dismiss the sole remaining defendant Empire Auto Protect (Doc. 57) is GRANTED. Harris's claims against Empire Auto Protect are DISMISSED with prejudice. Harris's remaining motions (Doc. 52, 54) are DENIED as moot. All pending matters having been resolved, the Court will close this case.

IT IS SO ORDERED this 15th day of October, 2026.

UNITED STATES DISTRICT JUDGE