**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DERRANCE HARRIS** **PLAINTIFF**

**V.** **CASE NO. 4:26-CV-480 JM**

**GOLDMAN FINANCIAL, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day and previous Orders of this Court, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 15th day of October, 2026

UNITED STATES DISTRICT JUDGE